ELIZABETH STREET, respondent,

*v.*

JOSEPH HARRIS, appellant.

[Decided February 2d, 1922.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *93 N. J. Eq. 83.*

*Messrs. Collins & Corbin,* for the respondent.

*Mr. George G. Tennant,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, WILLIAMS, GARDNER, VAN BUSKIRK—13.

*For reversal*—None.